UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-42855-659 |
| | ) |
| Gerald & Annette Mollett, | ) Chapter 13 |
| | ) |
| Debtor(s). | ) Notice of Hearing |
| | ) |
| | ) Hearing Date: **2/28/11** |
| | ) Hearing Time: **10:00 am** |
| | ) Courtroom 7 North |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE, that upon the Debtor's Motion to Dismiss, the undersigned will move before the Honorable Kathy A. Surratt-States, in the United States Bankruptcy Court, 7th Floor North, 111 South Tenth St., St. Louis, Missouri on the **28th** day of **February, 2011**, at **10:00 a.m.**, or as soon thereafter as the parties can be heard for an order granting the relief equested.

RESPECTFULLY SUBMITTED,

LAW OFFICE OF TRACY BROWN, P.C.

By: /s/ Calvin Hwang
Tracy Brown, EDMO #61161; MO #47074
Calvin Hwang, EDMO #5223799; MO #60634
1034 S. Brentwood Blvd, Suite 1830
St. Louis, MO  63117
tbrownfirm@bktab.com
(314) 644-0303
(314) 644-0333 fax

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Hearing was served upon the persons listed below by electronic notice or first class mail, postage prepaid this 2nd day of February, 2011.

/s/Calvin Hwang

John V. LaBarge, Jr. via ECF
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Gerald & Annette Mollett
7043 Lansdowne
St. Louis, MO 63109

MISSOURI DEPARTMENT
OF REVENUE
PO BOX 475
JEFFERSON CITY, MO
65105-0475

INTERNAL REVENUE
SERVICE
P.O. BOX 21126
PHILADELPHIA, PA
19114-0326

AMERICAN GENERAL
FINAN
4600 CHIPPEWA ST STE P
SAINT LOUIS, MO 63116

BENEFICIAL/HFC
ATTN: BANKRUPTCY
961 WEIGEL DR
ELMHURST, IL 60126

COMMERCE BK
PO BOX 248
KANSAS CITY, MO 64141

DIRECT MERCHANTS
BANK
CARD MEMBER
SERVICES - GSC
PO BOX 5246
CAROL STREAM, IL 60197

FESTIVA RSRT

FFCC-COLUMBUS INC
1550 OLD HENDERSON
RD ST
COLUMBUS, OH 43220

FIRST BANK
P.O. BOX 790269
ST LOUIS, MO 63179

GEMB / OLD NAVY
ATTENTION:
BANKRUPTCY
PO BOX 103106
ROSWELL, GA 30076

GEMB/JCP
ATTENTION:
BANKRUPTCY
PO BOX 103106
ROSWELL, GA 30076

GEMB/LOWES DC

GEMB/SAMS CLUB DC
ATTENTION:
BANKRUPTCY
PO BOX 103106
ROSWELL, GA 30076

HELZBERGCBSD

HSBC AUTO FINANCE
BANKRUPTCY NOTICES
PO BOX 17909
SAN DIEGO, CA 92177

HSBC BANK
ATTN: BANKRUPTCY
PO BOX 5253
CAROL STREAM, IL 60197

HSBC BEST BUY
ATTN: BANKRUPTCY
PO BOX 6985
BRIDGE WATER, NJ 08807

NATIONWIDE
RECOVERY SY
2304 TARPLAY RD STE
134
CARROLLTON, TX 75006

NCO FINANCIAL
SYSTEMS
507 PRUDENTIAL ROAD
HORSHAM, PA 19044

RICHARD KAPLOW
808 ROCKEFELLER
BUILDING
CLEVELAND, OH 44113-1368

SAMS CLUB
ATTENTION:
BANKRUPTCY
DEPARTMENT
PO BOX 103104
ROSWELL, GA 30076

TNB-VISA
PO BOX 9475
MINNEAPOLIS, MN 55440

US BANK HOME
MORTGAGE
ATTN: BANKRUPTCY
DEPT
PO BOX 5229
CINCINNATI, OH 45201

US BK RMS CC


VACATION SERVICES OF
AMERICA
3265 FALLS PARKWAY,
SUITE G
BRANSON, MO 65616

WF FIN BANK/WELLS
FARGO FINANCIAL
ATTN: BANKRUPTCY
DEPT
2143 EAST CONVENTION
CENTER WAY #200
ONTARIO, CA 91764

WFNNB/VCF/RT
PO BOX 182303
COLUMBUS, OH 43218